Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923.

John M. Duffy, for appellants; W. J. Lewis, of counsel. William T. Dickerman, for appellees.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Mildred Kasube, defendant in error, v. Thomas Tracy and Olive Tracy, plaintiffs in error. Gen. No. 27,483.**

Attachment for damages for breach of contract to purchase real estate. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the Branch Appellate Court, at the March term, 1922. Reversed and remanded. Opinion filed April 11, 1923.

M. L. Carmody, for plaintiffs in error. Deming, Jarrett & Mulfinger, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Joseph J. Onions, plaintiff in error, v. Percy B. Coffin et al., defendants in error. Gen. No. 27,553.**

Petitions for *certiorari* against civil service commissioners to certify to the superior court of Cook county proceedings involving petitioner's discharge from the service. Petition dismissed. Error to the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded with directions. Opinion filed April 11, 1923.

A. D. Gash, for plaintiff in error. Samuel A. Ettelson, for defendants in error; Gilbert G. Ogden, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Anna Bilek, appellee, v. John J. Garrity, superintendent of police, et al., on appeal of Thatcher W. Hoyt, appellant. Gen. No. 27,573.**

Action of replevin of an automobile. Recovery under writ. Intervention by third party claiming property in said automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of fact. Opinion filed April 11, 1923.

William Beebe and Anthony A. Olis, for appellant. Ryer, Dowd & Steiner, for appellee; Julian C. Ryer, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Charles P. Campbell and David F. Matchett, executors of last will of David C. Campbell, deceased, appellants, v. Le Roy Hutchinson, appellee. Gen. No. 27,583.**

Case in fourth class of contract to recover balance due on promissory note and contract for purchase of real estate. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed April 11, 1923. Rehearing denied April 24, 1923.